JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL CAMPOS, | ED CV 14-0365 PA (JCGx) |
| Plaintiff, | JUDGMENT |
| v. | |
| O'REILLY AUTOMOTIVE, INC., and OZARK AUTOMOTIVE DISTRIBUTORS, INC. | |
| Defendants. | |

Pursuant to the settlement agreement ("Settlement Agreement") between plaintiff Krystal Campos ("Plaintiff") and defendants O'Reilly Automotive, Inc. and Ozark Automotive Distributors, Inc. (collectively "Defendants"), and the Court's June 8, 2015 Minute Order granting the Motion for an Order Approving Settlement,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.     The term Settlement Agreement shall refer to the Settlement and Release Agreement filed by Plaintiff on May 11, 2015, and all terms herein shall have the same meaning as the terms defined in the Settlement Agreement, unless otherwise specifically provided herein.

2.     The Court grants approval of the Settlement Agreement because it meets the criteria for final settlement approval.  The settlement falls within the range of possible

approval as fair, adequate and reasonable, appears to be the product of arm's-length and informed negotiations.

3.     The Court hereby approves the payment of the PAGA Penalty to the California Labor and Workforce Development Agency in the amount of $51,562.500.  The Court also approves payment of $17,187.50 to the eligible current and former aggrieved employees of Defendants.

4.     The Court directs Defendants to pay Plaintiff's counsel the amount of $56,250.00 for attorneys' fees and costs in accordance with the terms of the Settlement Agreement.

DATED: June 17, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE